USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CARMEN M. RODRIGUEZ,

                Plaintiff,

-v-

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------X

19 CIVIL 4466 (KHP)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 21, 2020, that this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
        February 24, 2020

                                          **RUBY J. KRAJICK**

                                              Clerk of Court

                BY:

                                              **Deputy Clerk**